# EXHIBIT B

qPublic.net™ Fulton County, GA

## Summary

| | |
|---|---|
| Parcel Number | 14 004600121811 |
| Location Address | 543 AUBURN AVE NE ATLANTA |
| Legal Description | |
| Property Class | R3 - Residential Lots |
| Neighborhood | 14374 |
| Tax District | 05W |
| Zoning | R5 |
| Acres | 0.1007 |
| Homestead | Y |
| Exemptions | HA01, HF01 |

View Map

## Owner

Hill Janet
543 AUBURN AVE NE
ATLANTA GA 30312

## Land

| Description | Land Type | Land Code | Square Feet | Acres | Price |
|---|---|---|---|---|---|
| PRIMARY SITE | S | 1 | 4,386 | 0.101 | 122,080 |

Total Acres:
0.1007
Total Land-Value:
122,080

## Residential Improvement Information

| | |
|---|---|
| Card | 2 |
| Stories | 2 |
| Exterior Wall | FRAME |
| Style | CONVENTIONAL |
| Year Built | 2004 |
| Res Sq Ft | 2793 |
| Basement | PART |
| Finished Bsmt Sqft | 0 |
| Full Bath/Half Bath | 3/1 |
| Bedrooms | 3 |
| Attic | NONE |
| Additional Fixtures | 6 |
| Heating System | WARM AIR |
| Heat | CENTRAL WITH A/C |
| Total Fixtures | 17 |
| Masonry Fireplaces | 1 |
| Heating Fuel Type | GAS |
| Pre Fab Fireplace | 0 |
| Miscellaneous Feature | |
| Miscellaneous Feature 2 | |
| Grade Factor | B- 1.17 |
| Cost/Design Factor | 0% |
| CDU | EX |

## Sales

| Sale Date | Sale Price | Instrument | Deed Book | Deed Page | Qualification | Sales Validity | Grantee | Grantor |
|---|---|---|---|---|---|---|---|---|
| 10/6/1999 | $74,000 | WD | 27887 | 00150 | Unqualified | Sale Includes Multiple Parcels | HILL JANET | FLOURNOY DAISY B |
| 9/21/1999 | $15,000 | AD | 27683 | 00333 | Unqualified | To/From Exempt or Utility | FLOURNOY DAISY B | FLOURNOY DAISY B |

## Valuation

| | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|
| LUC | 101 | 101 | 101 | 101 | 101 | 101 |
| Class | R3 | R3 | R3 | R3 | R3 | R3 |
| + Land Value | $80,900 | $80,900 | $80,900 | $80,900 | $80,900 | $80,900 |
| + Building Value | $270,000 | $270,000 | $270,000 | $270,000 | $270,000 | $270,000 |
| = Total Value | $350,900 | $350,900 | $350,900 | $350,900 | $350,900 | $350,900 |
| Assessed Value | $140,360 | $140,360 | $140,360 | $140,360 | $140,360 | $140,360 |

## 2018 Assessment Notice

2018 Assessment Notice

## Sketches

| | Room Type | Area |
|---|---|---|
| | A Base Area | 1295 |
| | B OFP OPEN FRAME PORCH | 154 |
| | C OFP OPEN FRAME PORCH | 126 |
| | D WDDCK WOOD DECKS | 126 |
| | E 1S FR ONE STORY FRAME | 77 |




## Recent Sales In Area

Recent Sales in Area | Recent Sales in Neighborhood

No data available for the following modules: Commercial Improvement Information, Accessory Information.

The Fulton County Assessor makes every effort to produce the most accurate information possible. No warranties, expressed or implied are provided for the data herein, its use or interpretation. The assessment information is from the last certified tax roll. All other data is subject to change.

Last Data Upload: 9/27/2018 5:01:39 AM

Developed by Schneider GEOSPATIAL