IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANET HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 1:18-cv-04530-TWT-JFK |
| | ) | |
| AMERICA'S WHOLESALE LENDER, | ) | |
| et al., | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| ______________________________ | ) | |

**DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFFS' COMPLAINT**

COMES NOW Defendant Countrywide Home Loans, Inc.[1] ("Countrywide" or "Defendant"), by and through undersigned counsel, and respectfully moves this Court pursuant to pursuant to Fed. R. Civ. P. 8(a) and Fed. R. Civ. P. 12(b)(6), to dismiss the Complaint ("Complaint") of Plaintiff, Janet Hill ("Plaintiff") for failure

---

[1] Plaintiff named America's Wholesale Lender ("AWL") as a Defendant in the Complaint. As discussed in more detail *infra*, Plaintiff's original lender as identified in the security deed is "America's Wholesale Lender." America's Wholesale Lender is a "doing business as" (*i.e.*, "trade" or "assumed") name for Countrywide Home Loans, Inc. This Court may take judicial notice pursuant to Fed. R. Evid. 201(d), that the entity known as America's Wholesale Lender is the trade name for Countrywide Home Loans, Inc. *See Fraley v. America's Wholesale Lender, et al.*, No. 1:13-CV-03151-HLM (N.D. Ga. Oct. 29, 2013) [Doc. 14, at 10-14]; *Lodge v. Kondaur Capital Corp.*, 750 F.3d 1263, 1273 (11th Cir. 2014) ("[A] court has wide discretion to take judicial notice of appropriate adjudicative facts at any stage in a proceeding . . . .").

to provide a short, plain statement of any claim, and failure to state a claim upon which relief may be granted. In support thereof, Defendant submits herewith its Memorandum of Law containing arguments and citations of authorities.

WHEREFORE, Defendant prays for the following relief:

(a) That Plaintiffs' action be dismissed in its entirety;

(b) That Defendant be discharged of all costs taxed to Plaintiffs and that the attorney's fees incurred by Defendant in defending this action be cast against Plaintiffs; and

(c) For such other relief as this Court deems just and proper.

This 4th day of October, 2018.

/s/ Paul A. Rogers
Paul A. Rogers
Georgia Bar No. 612278
McGuireWoods LLP
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, Georgia 30309-3534
(404) 443-5636 (Telephone)
(404) 443-5772(Facsimile)
progers@mcguirewoods.com

*Attorneys for Defendant Countrywide Home Loans, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANET HILL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, et al.,<br><br>Defendant | ) | CIVIL ACTION FILE<br>NO. 1:18-cv-04530-TWT-JFK |

**CERTIFICATE OF SERVICE, FONT AND MARGINS**

I hereby certify that on October 4, 2018, I electronically filed the foregoing *Defendant's Motion to Dismiss Plaintiffs' Complaint with* the Clerk of the Court using the CM/ECF System, which sent a copy of such to all counsel of record, and served a true and correct copy of same on counsel for Plaintiffs pro se via First-Class Mail, postage prepaid, addressed to:

Janet Hill
543 Auburn Avenue
Atlanta, Georgia 30312
*Plain Pro Se*

Bret J. Chaness, Esq.

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court, pursuant to L.R. 5.1.

/s/ Paul A. Rogers
Paul A. Rogers