IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 16 2018

JAMES N. HATTEN, Clerk
By: Deputy Clerk

JANET HILL, *

Plaintiff, *

v. * Case No.1:18-cv-04530-TWT-JFK

AMERICA'S WHOLESALE *

LENDER, et al., *

Defendant. *

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO REMAND**

Remarkably, the Notice of Removal in this case is conspicuous. One consideration is when the notice of removal **must** be filed. 28 U.S.C. section 1446(b)(1) provides that notice of removal must be filed within "**30 days after the receipt by the defendant**, through service or otherwise, of a copy of the initial pleading.." In today's electronic world, where pleadings are often sent before service by e-mail, it is necessary to understand exactly when the 30 day period begins to run.

Given the language of 30 days after "*receipt* . . . through service *or otherwise*".

The U.S. Supreme Court resolved the circuit split in *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

In *Murphy Bros.*, a Canadian company, was sued in Alabama state court by an Illinois corporation, for breach of contract and fraud.

The Eleventh Circuit held that removal was untimely, relying on the "plain meaning" of the removal statute to mean "putting the defendant in possession of the complaint." *Michetti Pipe Stringing, Inc. v. Murphy Bros.*, 125 F.3d 1396, 1398 (11th Cir. 1997).

The U.S. Supreme Court reversed the Eleventh Circuit's decision, holding that regardless of any other issue, the 30 day removal period cannot be triggered for a complaint removable on its face until the defendant has been served with legal process. *Murphy Bros.,* 526 U.S. at 347 (1999). The Supreme Court reasoned that service of process "is fundamental to any procedural imposition on a named defendant." Further, the Supreme Court noted that Congress intended the removal provision to give "adequate time" to decide whether to remove **after receipt of plaintiff's complaint.**

The Supreme Court summarized the possibilities as follows:

1. If the summons and complaint are served together, the 30 day period for removal **runs at once**.
2. If the defendant is served with the summons but the complaint is provided sometime after, the removal period runs from the defendant's receipt of the complaint.
3. If the defendant is served with the summons and the complaint is filed in court, but under local rules, service of the complaint is not required, the removal period runs from the date the complaint is made available through filing.
4. If the complaint is filed in court prior to service, the removal period runs from the service of the summons.

Georgia federal courts have since applied the holding in *Murphy Bros.* in various circumstances. *See, e.g., Haynes v. BAC Home Loan Servicing, LP*, No. 116CV00428TWTAJB, 2016 WL 4231707, at *8 (N.D. Ga. July 14, 2016) (finding that a mailed copy of an order for service by publication on a quiet title action did not trigger 30 day removal period until the date of actual receipt of the order by the defendant); *Hunt v. Nationstar Mortg. LLC*, No. 1:14-CV-3649-RWS, 2016 WL 1567193, at *3 (N.D. Ga. Apr. 19, 2016) (holding that the 30 day removal period never began where the plaintiff failed to properly serve the defendants at all); *Nichols v. Nationstar Mortg.*, No. 4:14-CV-0240-HLM-WEJ, 2014 WL 12481344, at *3 (N.D. Ga. Dec. 1, 2014) (finding that defendants are entitled to remove a case at any time before formal service); *Brown v. Macon-Bibb Cty. Planning & Zoning Comm'n*, No. CIVA 507-CV-00161-HL, 2007 WL 2212659, at *1 (M.D. Ga. July 30, 2007) (finding 30 day period began to run upon the defendant's execution of a waiver of service, not upon receipt of the request for waiver of service).

Thus in this case at bar the Plaintiff attempted to serve the defendant by known Address through certified mail, the secretary of state to no avail, since the Defendant concealed its identity, but through due diligence plaintiff was able to unmask defendant. Exhibit "A, Certified Mail Receipt, Exhibit B, Certified Mail Service by Secretary of State.

The Defendant **accepted service August 2, 2018**, Exhibit C, Sheriff's Entry of Service".

Now Defendant through counsel is **forum-shopping**.

What is more, the notice of removal is wanting in that it does not establish that it was timely filed.

For all of these reasons the Plaintiff respectfully requests an order remanding this case IN THE SUPERIOR COURT OF FULTON COUNTY STATE OF

GEORGIA and requiring payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal.

Respectfully submitted, this 15th day of October, 2018.

Janet Hill, pro se

543 Auburn Avenue
Atlanta, GA 30312
jkhillus@yahoo.com
All Rights Reserved

# CERTIFICATE OF SERVICE

**I hereby certify that the foregoing has been served.**

Paul A. Rogers
McGuireWoods
1230 Peachtree Street, NE
Promenade II, Suite 2100
Atlanta, GA 30309

Exhibit-A

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

DALLAS TX 75266 OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee [illegible] | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| Return Receipt (hardcopy) $ [illegible] | |
| Return Receipt (electronic) $ [illegible] | Postmark Here |
| Certified Mail Restricted Delivery $ [illegible] | |
| Adult Signature Required $ [illegible] | |
| Adult Signature Restricted Delivery $ | |
| Postage [illegible] | |
| Total Postage and Fees [illegible] | [illegible]/2018 |

Sent To
America's Wholesale Lender
Street and Apt. No., or PO Box No.
PO Box #666694
City, State, ZIP+4®
Dallas, TX 75266

Exhibit-B

# The State of Texas

Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0873
TTY (800) 735-2989
www.sos.state.tx.us

Secretary of State

April 16, 2018

| |
|---|
| **2018-290460** |
| Include reference number in all correspondence |

Janet Hill
543 Auburn Avenue NE
Atlanta, GA 30312

RE: Janet Hill VS America's Wholesale Lender, et al
Superior Court of Fulton County, State of Georgia
Cause No: 2018CV302813

Dear Sir/Madam:

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,

Michael Orta

Michael Orta
Service of Process

Enclosure

# The State of Texas
## Secretary of State

2018-290460-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Plaintiff's Verified Original Complaint for Quiet Title and Damages in the cause styled:

Janet Hill VS America's Wholesale Lender, et al
Superior Court of Fulton County, State of Georgia
Cause No: 2018CV302813

was received by this office on April 2, 2018, and that a copy was forwarded on April 3, 2018, by CERTIFIED MAIL, return receipt requested to:

America's Wholesale Lender
POB 660694
Dallas, TX 75266

The PROCESS was returned to this office on April 12, 2018, Bearing Notation, Return to Sender, Box Closed, Attempted Not Known, Unable to Forward.

Date issued: April 16, 2018

Rolando B. Pablos
Secretary of State
GF/wj

Secretary of State
Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Janet Hill
543 Auburn Avenue NE
Atlanta, GA 30312

31 CMIWHAB 30312

Exhibit - C

Record ID 83157

Civil Action No. 2018 CV 302513

Date Filed 7/31/18

**Magistrate Court** ☐
**Superior Court** ☐
**State Court** ☐
**Georgia, Gwinnett County**

Janet Hill

**Plaintiff**

VS.

America's Wholesale Lender

**Defendant**

**Garnishee**

Attorney's Address
Janet Hill
543 Auburn Avenue
Atlanta, GA 30312

Name and Address of party to be served.
America's Wholesale Lender
CT Corporation System
289 S. Culver St.
Lawrenceville, GA 30046

## Sheriff's Entry Of Service

**Personal** ☐ I have this day served the defendant ______ personally with a copy of the within action and summons.

**Notorious** ☐ I have this day served the defendant ______ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of ______ described as follows age, about ______ years; weight, about ______ pounds; height, about ______ feet and ______ inches; domiciled at the residence of defendant.

**Corporation** ☐ Served the defendant America's Wholesale Lender a corporation by leaving a copy of the within action and summons with Linda Banks in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ Diligent search made and defendant ______ not to be found in the jurisdiction of this Court.

This 2 day of Aug, 2018.

[signature] SO300
**Deputy**

Sheriff Docket ______ Page ______

**Gwinnett County, Georgia**

WHITE: Clerk CANARY: Plaintiff / Attorney PINK: Defendant

SC-2 Rev.3.13