IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JANET HILL,

Plaintiff,

v.

AMERICA'S WHOLESALE LENDER, et al.,

Defendants.

CIVIL ACTION FILE
NO. 1:18-CV-4530-TWT

**ORDER**

This is an action to quiet title. It is before the Court on the Report and Recommendation [Doc. 17] of the Magistrate Judge recommending granting the Plaintiff's Motion to Remand [Doc. 10]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion to Remand [Doc. 10] is GRANTED. The Defendant's Motion to Dismiss [Doc. 4] is DENIED as moot.

SO ORDERED, this 3 day of April, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\18\Hill\18cv4530\r&r.docx